UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL RENDON-RODRIGUEZ,<br><br>Defendant. | Case No.: 26-CR-1166-LL<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Indictment is hereby GRANTED. The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 4/14/2026

Hon. Linda Lopez
United State District Judge